# United States District Court
# For The Western District of North Carolina
# Asheville Division

DENNIS ROGER VANDYKE,,

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                          1:12-cv-150

CHRIS FRANCIS, et al.,,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 07/03/2012 Order.

                                                Signed: July 3, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court